# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

FARD A.R. DICKERSON

NO. 2021 KW 1413

**MARCH 14, 2022**

---

In Re:    Fard A.R. Dickerson, applying for supervisory writs,
          20th Judicial District Court, Parish of East
          Feliciana, No. 21-CR-208.

---

**BEFORE: GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT